

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2013

No. 04-13-00330-CR

Raymond **CLARK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4130
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

On May 24, 2013, Appellant filed his notice of appeal with this court. In Appellant's docketing statement, Appellant indicated he had court-appointed counsel on appeal and was indigent. Thereafter, Appellant's retained counsel filed a notice of appearance. On October 18, 2013, court reporter Debra A. Doolittle filed a notice of late reporter's record. The notice states Appellant has not paid, or made arrangements to pay, the fee for preparing the reporter's record.

We ORDER Appellant to provide written proof to this court within ten days of the date of this order that the reporter's record has been requested and either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

If Appellant fails to respond within the time provided, Appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in Appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2013.

_____
Keith E. Hottle
Clerk of Court